UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFIT TRUST, Derivatively On Behalf of Macy's Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> TERRY J. LUNDGREN, KAREN M. HOGUET, SARA LEVINSON, CRAIG E. WEATHERUP, JOSEPH NEUBAUER, JOSEPH A. PICHLER, JOYCE M. ROCHE, MEYER FELDBERG, MARNA C. WHITTINGTON, KARL M. VON DER HEYDEN AND WILLIAM P. STIRITZ, <br><br> Defendants, <br><br> -and- <br><br> MACY'S, INC, a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 1:07-cv-05862-RJH <br><br> ECF Case <br><br> **NOTICE OF MOTION TO ADMIT JOHN M. NEWMAN JR. PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Arthur J. Margulies, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | John M. Newman Jr. |
| Firm Name: | Jones Day |
| Address: | North Point |
| | 901 Lakeside Avenue |
| | Cleveland, OH  44114 |
| Phone Number: | (216) 586-7207 |
| Fax Number: | (216) 579-0212 |
| Email: | jmnewman@jonesday.com |

NYI-4010653v1

- 2 -

John M. Newman Jr. is a member in good standing of the bars of the States of California, Illinois and Ohio. There are no pending disciplinary proceedings against Mr. Newman in any State or Federal Court.

Dated: July 30, 2007
New York, New York

Respectfully submitted

_____
Arthur J. Margulies (AM-7777)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: ajmargulies@jonesday.com

*Attorney for Defendants Terry J. Lundgren, Karen M. Hoguet, Sara Levinson, Craig E. Weatherup, Joseph Neubauer, Joseph A. Pichler, Joyce M. Roche, Meyer Feldberg, Marna C. Whittington, Karl M. Von Der Heyden and William P. Stiritz*

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFIT TRUST, Derivatively On Behalf of Macy's Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> TERRY J. LUNDGREN, KAREN M. HOGUET, SARA LEVINSON, CRAIG E. WEATHERUP, JOSEPH NEUBAUER, JOSEPH A. PICHLER, JOYCE M. ROCHE, MEYER FELDBERG, MARNA C. WHITTINGTON, KARL M. VON DER HEYDEN AND WILLIAM P. STIRITZ, <br><br> Defendants, <br><br> -and- <br><br> MACY'S, INC, a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 1:07-cv-05862-RJH <br><br> ECF Case <br><br> **AFFIDAVIT OF ARTHUR J. MARGULIES IN SUPPORT OF MOTION TO ADMIT JOHN M. NEWMAN JR. PRO HAC VICE** |

State of New York   )
                    )   ss:
County of New York  )

    Arthur J. Margulies, being duly sworn, hereby deposes and says as follows:

    1.    I am an associate with Jones Day, counsel for defendants Terry J. Lundgren, Karen M. Hoguet, Sara Levinson, Craig E. Weatherup, Joseph Neubauer, Joseph A. Pichler, Joyce M. Roche, Meyer Feldberg, Marna C. Whittington, Karl M. Von Der Heyden and William P. Stiritz ("Defendants") in the above-captioned case. I am familiar with this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit John M. Newman Jr. as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 19, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. John M. Newman Jr. is a partner with Jones Day. His business address is North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114.

4. Certificates of Good Standing issued to Mr. Newman by the Supreme Court of California, The Bar of Illinois and the Supreme Court of Ohio, are annexed hereto as Exhibit A.

5. I have found Mr. Newman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of John M. Newman Jr., pro hac vice.

7. I respectfully submit a proposed order granting the admission of John M. Newman Jr., pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit John M. Newman Jr., pro hac vice, to represent Defendants in the above-captioned matter, be granted.

Dated: July 30, 2007
New York, New York

Respectfully submitted

Arthur J. Margulies (AM-7777)

Sworn to before me this ___th
day of July, 2007

_____
Notary Public

My Commission Expires

DANIELLE HOLLAND
NOTARY PUBLIC, State of New York
No. 01HO4944537
Qualified in New York County
Commission Expires November 21, 2016

- 2 -

NYI-4010653v1

# EXHIBIT A



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### JOHN MARSHALL NEWMAN, JR.

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that JOHN MARSHALL NEWMAN, JR. was on the 14TH day of DECEMBER 1972, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 26th day of JULY, 2007.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By _____
Joseph Cornetta, Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

John Marshall Newman, Jr.

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 19, 1970 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, July 26, 2007.

*Juleann Hornyak*
Clerk

# The Supreme Court of Ohio

## C E R T I F I C A T E

    I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Registration & CLE of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

                John Marshall Newman Jr.

was admitted to the practice of law in Ohio on February 04, 1976; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

                IN TESTIMONY WHEREOF, I have subscribed my
                name and affixed the seal of the Supreme Court, this
                25th day of July, 2007.

                RICHARD A. DOVE
                *Director, Attorney Services Division*

                *[signature]*
                *Attorney Registration Assistant*

# EXHIBIT B

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFIT TRUST, Derivatively On Behalf of Macy's Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>TERRY J. LUNDGREN, KAREN M. HOGUET, SARA LEVINSON, CRAIG E. WEATHERUP, JOSEPH NEUBAUER, JOSEPH A. PICHLER, JOYCE M. ROCHE, MEYER FELDBERG, MARNA C. WHITTINGTON, KARL M. VON DER HEYDEN AND WILLIAM P. STIRITZ,<br><br>Defendants,<br><br>-and-<br><br>MACY'S, INC, a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 1:07-cv-05862-RJH<br><br>ECF Case<br><br>**ORDER TO ADMIT JOHN M. NEWMAN JR. PRO HAC VICE** |

Upon the motion of Arthur J. Margulies, attorney for defendants Terry J. Lundgren, Karen M. Hoguet, Sara Levinson, Craig E. Weatherup, Joseph Neubauer, Joseph A. Pichler, Joyce M. Roche, Meyer Feldberg, Marna C. Whittington, Karl M. Von Der Heyden and William P. Stiritz ("Defendants"), and said sponsor attorney's affidavit in support, **IT IS HEREBY ORDERED** that:

        Applicant's Name:  John M. Newman Jr.
        Firm Name:  Jones Day
        Address:  North Point
                901 Lakeside Avenue
                Cleveland, OH  44114
        Phone Number:  (216) 586-7207
        Fax Number:  (216) 579-0212
        Email:  jmnewman@jonesday.com

NYI-4010653v1

- 6 -

is admitted to practice pro hac vice as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

The foregoing documents were served on the following counsel of record on July 31, 2007 via U.S. Mail:

Thomas G. Amon
Law Offices of Thomas G. Amon
500 Fifth Avenue, Suite 1650
New York, NY 10110
Telephone: (212) 810-2431
Facsimile: (212) 810-2427
Email: tamon@amonlaw.com

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
Barrette, Johnsn & Parsley
217 Second Avenue North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

Brian James Robbins
Jeffrey Paul Fink
Ashely R. Palmer
Robbins Umeda & Fink, LLP
610 West Ash St., Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: notice@ruflaw.com

_____
Arthur J. Margulies