UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFIT TRUST, Derivatively On Behalf of Macy's Inc., <br><br>Plaintiffs, <br><br>vs. <br><br>TERRY J. LUNDGREN, KAREN M. HOGUET, SARA LEVINSON, CRAIG E. WEATHERUP, JOSEPH NEUBAUER, JOSEPH A. PICHLER, JOYCE M. ROCHE, MEYER FELDBERG, MARNA C. WHITTINGTON, KARL M. VON DER HEYDEN AND WILLIAM P. STIRITZ, <br><br>Defendants, <br><br>-and- <br><br>MACY'S, INC, a Delaware Corporation, <br><br>Nominal Defendant. | Case No. 1:07-cv-05862-RJH <br><br>ECF Case <br><br>**ORDER TO ADMIT MICHAEL A. PLATT PRO HAC VICE** <br><br>USDC SDNY <br>DOCUMENT <br>ELECTRONICALLY FILED <br>DOC #: _____ <br>DATE FILED: 8/13/07 |

Upon the motion of Arthur J. Margulies, attorney for defendants Terry J. Lundgren, Karen M. Hoguet, Sara Levinson, Craig E. Weatherup, Joseph Neubauer, Joseph A. Pichler, Joyce M. Roche, Meyer Feldberg, Marna C. Whittington, Karl M. Von Der Heyden and William P. Stiritz ("Defendants"), and said sponsor attorney's affidavit in support, **IT IS HEREBY ORDERED**:

|   |   |
|---|---|
| Applicant's Name: | Michael A. Platt |
| Firm Name: | Jones Day |
| Address: | North Point |
| | 901 Lakeside Avenue |
| | Cleveland, OH 44114 |
| Phone Number: | (216) 586-7221 |
| Fax Number: | (216) 579-0212 |
| Email: | maplatt@jonesday.com |

is admitted to practice pro hac vice as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing

- 6 -

before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: August 8, 2007

_____
United States District Judge