**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFIT TRUST, Derivatively On Behalf of Macy's Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> TERRY J. LUNDGREN, KAREN M. HOGUET, SARA LEVINSON, CRAIG E. WEATHERUP, JOSEPH NEUBAUER, JOSEPH A. PICHLER, JOYCE M. ROCHE, MEYER FELDBERG, MARNA C. WHITTINGTON, KARL M. VON DER HEYDEN AND WILLIAM P. STIRITZ, <br><br> Defendants, <br><br> -and- <br><br> MACY'S, INC, a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 1:07-cv-05862-RJH <br><br> ECF Case <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Nominal Defendant Macy's Inc., hereby makes the following disclosure:

     1.     There is no parent corporation to Macy's, Inc.

     2.     As of June 30, 2007, AXA Financial Inc. (AllianceBernstein, L.P.) owns 10% or more of the stock of Macy's, Inc.

1

NYI-4011593v1

Dated: August 14, 2007                         Respectfully submitted,


                                               *Mitchell F. Borger*
                                               Mitchell F. Borger (MB-7682)
                                               Divisional Vice President, Associate General Counsel
                                               Macy's, Inc.
                                               151 West 34th Street, 13th Floor
                                               New York, NY  10001
                                               Telephone: 212-494-1655
                                               Email: mitchell.borger@macys.com

**CERTIFICATE OF SERVICE**

The foregoing RULE 7.1 CORPORATE DISCLOSURE STATEMENT was served on counsel of record on August 14, 2007 by electronic mail through the Court's CM/ECF system and by U.S. Mail to the following:

Thomas G. Amon
Law Offices of Thomas G. Amon
500 Fifth Avenue, Suite 1650
New York, NY 10110

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
Barrette, Johnsn & Parsley
217 Second Avenue North
Nashville, TN 37201

Brian James Robbins
Jeffrey Paul Fink
Ashely R. Palmer
Robbins Umeda & Fink, LLP
610 West Ash St., Suite 1800
San Diego, CA 92101

John M. Newman Jr.
Geoffrey J. Ritts
Michael A. Platt
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114

Arthur J. Margulies
JONES DAY
222 East 41st Street
New York, NY 10017

*Mitchell F. Borger*