SCANNED

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFIT TRUST, Derivatively On Behalf of Macy's Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> TERRY J. LUNDGREN, KAREN M. HOGUET, SARA LEVINSON, CRAIG E. WEATHERUP, JOSEPH NEUBAUER, JOSEPH A. PICHLER, JOYCE M. ROCHE, MEYER FELDBERG, MARNA C. WHITTINGTON, KARL M. VON DER HEYDEN AND WILLIAM P. STIRITZ, <br><br> Defendants, <br><br> -and- <br><br> MACY'S, INC, a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 1:07-cv-05862-RJH <br><br> ECF Case <br><br> **NOTICE OF MOTION TO ADMIT MICHAEL A. PLATT PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Arthur J. Margulies, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Michael A. Platt |
| Firm Name: | Jones Day |
| Address: | North Point |
| | 901 Lakeside Avenue |
| | Cleveland, OH 44114 |
| Phone Number: | (216) 586-7221 |
| Fax Number: | (216) 579-0212 |
| Email: | maplatt@jonesday.com |

NYI-4013120v1

- 2 -

Michael A. Platt is a member in good standing of the bar of the State of New York, Supreme Court, Appellate Division, Third Judicial Department. There are no pending disciplinary proceedings against Mr. Platt in any State or Federal Court.

Dated: August 6, 2007
New York, New York

Respectfully submitted

_____
Arthur J. Margulies (AM-7777)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: ajmargulies@jonesday.com

*Attorney for Defendants Terry J. Lundgren, Karen M. Hoguet, Sara Levinson, Craig E. Weatherup, Joseph Neubauer, Joseph A. Pichler, Joyce M. Roche, Meyer Feldberg, Marna C. Whittington, Karl M. Von Der Heyden and William P. Stiritz*

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFIT TRUST, Derivatively On Behalf of Macy's Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> TERRY J. LUNDGREN, KAREN M. HOGUET, SARA LEVINSON, CRAIG E. WEATHERUP, JOSEPH NEUBAUER, JOSEPH A. PICHLER, JOYCE M. ROCHE, MEYER FELDBERG, MARNA C. WHITTINGTON, KARL M. VON DER HEYDEN AND WILLIAM P. STIRITZ, <br><br> Defendants, <br><br> -and- <br><br> MACY'S, INC, a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 1:07-cv-05862-RJH <br><br> ECF Case <br><br> **AFFIDAVIT OF ARTHUR J. MARGULIES IN SUPPORT OF MOTION TO ADMIT MICHAEL A. PLATT PRO HAC VICE** |

State of New York  )
                   )  ss:
County of New York )

　　Arthur J. Margulies, being duly sworn, hereby deposes and says as follows:

　　1.　　I am an associate with Jones Day, counsel for defendants Terry J. Lundgren, Karen M. Hoguet, Sara Levinson, Craig E. Weatherup, Joseph Neubauer, Joseph A. Pichler, Joyce M. Roche, Meyer Feldberg, Marna C. Whittington, Karl M. Von Der Heyden and William P. Stiritz ("Defendants") in the above-captioned case. I am familiar with this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Michael A. Platt as counsel pro hac vice to represent Defendants in this matter.

NYI-4013120v1

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 19, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  Michael A. Platt is an associate with Jones Day. His business address is North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114.

4.  A Certificate of Good Standing issued to Mr. Platt by the State of New York, Supreme Court, Appellate Division, Third Judicial Department, is annexed hereto as Exhibit A.

5.  I have found Mr. Platt to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Michael A. Platt, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Michael A. Platt, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Michael A. Platt, pro hac vice, to represent Defendants in the above-captioned matter, be granted.

Dated: August 6, 2007
New York, New York

Respectfully submitted

_____
Arthur J. Margulies (AM-7777)

Sworn to before me this 6th day of August, 2007

_____
Notary Public

My Commission Expires

NADINE EANS
NOTARY PUBLIC, State of New York
No. 01CA5075340
Qualified in New York County
Commission Expires March 31, 20 11

- 2 -

NY1-4013120v1



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, *Michael J. Novack*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Michael A. Platt

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **2nd day of December, 2004**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **1st day of August, 2007**.



*Michael J. Novack*
Clerk

## CERTIFICATE OF SERVICE

The foregoing documents were served on the following counsel of record on August 6, 2007 via U.S. Mail:

Thomas G. Amon
Law Offices of Thomas G. Amon
500 Fifth Avenue, Suite 1650
New York, NY 10110
Telephone: (212) 810-2431
Facsimile: (212) 810-2427
Email: tamon@amonlaw.com

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
Barrette, Johnsn & Parsley
217 Second Avenue North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

Brian James Robbins
Jeffrey Paul Fink
Ashely R. Palmer
Robbins Umeda & Fink, LLP
610 West Ash St., Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: notice@ruflaw.com

_____
Arthur J. Margulies