**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFIT TRUST, Derivatively On Behalf of Macy's Inc., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| TERRY J. LUNDGREN, *et al.*, | ) ) ) |
| Defendants, | ) ) |
| -and- | ) ) |
| MACY'S, INC, a Delaware Corporation, | ) ) |
| Nominal Defendant. | ) ) ) |

Case No. 1:07-cv-05862-RJH

ECF Case

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as attorney of record for nominal defendant Macy's, Inc., and further requests that copies of all papers in this action be served upon him at the address set forth below.

Dated:  August 22, 2007                                    Respectfully submitted:


*s/ Michael Kreitman*
Michael E. Kreitman (MK-4937)
Macy's, Inc.
151 West 34th Street, 13th floor
New York, New York  10001
Telephone: 212-494-1652
Facsimile:  212-494-1968
Email:  michael.kreitman@macys.com

## <u>CERTIFICATE OF SERVICE</u>

The foregoing NOTICE OF APPEARANCE was served on counsel of record on August 22, 2007 by electronic mail through the Court's CM/ECF system and by U.S. Mail to the following:

Thomas G. Amon
Law Offices of Thomas G. Amon
500 Fifth Avenue, Suite 1650
New York, NY 10110

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
Barrette, Johnsn & Parsley
217 Second Avenue North
Nashville, TN 37201

Brian James Robbins
Jeffrey Paul Fink
Ashely R. Palmer
Robbins Umeda & Fink, LLP
610 West Ash St., Suite 1800
San Diego, CA 92101

John M. Newman Jr.
Geoffrey J. Ritts
Michael A. Platt
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114

Arthur J. Margulies
JONES DAY
222 East 41st Street
New York, NY 10017

*s/ Michael Kreitman*