UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively On Behalf of MACY'S, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TERRY J. LUNDGREN, KAREN M. HOGUET, SARA LEVINSON, CRAIG E. WEATHERUP, JOSPEH NEUBAUER, JOSPEH A. PICHLER, JOYCE M. ROCHE, MEYER FELDBERG, MARNA C. WHITTINGTON, KARL M. VON DER HEYDEN and WILLIAM P. STIRITZ, <br><br> Defendants, <br><br> -and- <br><br> MACY'S, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 1:07-cv-05862-JRH <br><br> **NOTICE OF MOTION TO ADMIT JEFFREY P. FINK *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas G. Amon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

      Applicant's Name:  Jeffrey P. Fink
      Firm Name:  Robbins Umeda & Fink, LLP
      Address:  610 West Ash Street, Suite 1800
          San Diego, CA 92101
      Telephone:  (619) 525-3990
      Facsimile:  (619) 525-3991
      E-mail:  jfink@ruflaw.com

- 2 -

Jeffrey P. Fink is a member in good standing of the bar of the State of California. There are no pending disciplinary proceedings against Mr. Fink in any State or Federal Court.

DATED: October 9, 2007
New York, New York

Respectfully submitted,

LAW OFFICES OF THOMAS G. AMON

_/s/ Thomas G. Amon_

THOMAS G. AMON (TGA-1515)

500 Fifth Avenue, Suite 1650
New York, NY 10110
Telephone: (212) 810-2430
Facsimile: (212) 810-2427

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively On Behalf of MACY'S, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TERRY J. LUNDGREN, KAREN M. HOGUET, SARA LEVINSON, CRAIG E. WEATHERUP, JOSPEH NEUBAUER, JOSPEH A. PICHLER, JOYCE M. ROCHE, MEYER FELDBERG, MARNA C. WHITTINGTON, KARL M. VON DER HEYDEN and WILLIAM P. STIRITZ <br><br> Defendants, <br><br> -and- <br><br> MACY'S, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 1:07-cv-05862-JRH <br><br> **AFFIDAVIT OF THOMAS G. AMON IN SUPPORT OF MOTION TO ADMIT JEFFREY P. FINK *PRO HAC VICE*** |

State of New York  )
                   ) ss:
County of New York )

Thomas G. Amon, being duly sworn, hereby deposes and says as follows:

1. I am a partner with Law Offices of Thomas G. Amon, counsel for plaintiff Pirelli Armstrong Tire Corporation Retiree Medical Benefit Trust ("Plaintiff") in the above-captioned case. I am familiar with this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jeffrey P. Fink as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, (Reg. No. 180867) and was admitted to practice law in May 1974. I am also admitted to the bar of United States District Court, Southern District of New York, and am in good standing with this Court.

3.   Jeffrey P. Fink is a partner with Robbins Umeda & Fink, LLP. His business address is 610 West Ash Street, Suite 1800, San Diego, California 92101.

4.   A Certificate of Good Standing issued to Mr. Fink by the Supreme Court of California is annexed hereto as Exhibit A.

5.   I have found Mr. Fink to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.   Accordingly, I am pleased to move the admission of Jeffrey P. Fink, *pro hac vice*.

7.   I respectfully submit a proposed order hereby granting the admission of Jeffrey P. Fink, *pro hac vice*, which is annexed hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Jeffrey P. Fink, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

DATED: October 9, 2007
New York, New York

Respectfully submitted,

LAW OFFICES OF THOMAS G. AMON

_____
THOMAS G. AMON (TGA-1515)

500 Fifth Avenue, Suite 1650
New York, NY 10110
Telephone: (212) 810-2430
Facsimile: (212) 810-2427

Sworn to before me this 9th day of October 2007

_____
Notary Public

My Commission Expires:
HARRY H. WISE III
NOTARY PUBLIC-STATE OF NEW YORK
No. 02WI6106451
Qualified in New York County
Commission Expires March 01, 2008

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following this 9th day of October, 2007.

Jeffrey P. Fink
Caroline A. Schnurer
Ashley R. Palmer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
BARRETT, JOHNSTON & PARSLEY, LLC
217 Second Avenue North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

Arthur J. Margulies
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Defendants Terry J. Lundgren, Karen M. Hoguet, Sara Levinson, Craig E. Weatherup, Joseph Neubauer, Joseph A. Pichler, Joyce M. Roche, Meyer Feldberg, Marna C. Whittington, Karl M. Von Der Heyden and William P. Stiritz

John M. Newman, Jr.
Geoffrey J. Ritts
Michael A. Platt
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Mitchell F. Borger
Michael E. Kreitman
JoAnn Nelson
Macy's, Inc.
151 West 34th Street, 13th Floor
New York, NY 10001
(212) 494-1652

Attorneys for Macy's, Inc.

_____
Thomas G. Amon (TGA-1515)

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

September 10, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY PAUL FINK, #199291 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records