UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively On Behalf of MACY'S, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TERRY J. LUNDGREN, KAREN M. HOGUET, SARA LEVINSON, CRAIG E. WEATHERUP, JOSPEH NEUBAUER, JOSPEH A. PICHLER, JOYCE M. ROCHE, MEYER FELDBERG, MARNA C. WHITTINGTON, KARL M. VON DER HEYDEN and WILLIAM P. STIRITZ, <br><br> Defendants, <br><br> -and- <br><br> MACY'S, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 1:07-cv-05862-JRH <br><br> **ORDER TO ADMIT JEFFREY P. FINK *PRO HAC VICE*** <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 10/25/07 |

Upon the motion of Thomas G. Amon, attorney for Plaintiff Pirelli Armstrong Tire Corporation Retiree Medical Benefit Trust ("Plaintiff"), and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED that:

        Applicant's Name:    Jeffrey P. Fink
        Firm Name:    Robbins Umeda & Fink, LLP
        Address:    610 West Ash Street, Suite 1800
                           San Diego, CA 92101
        Telephone:    (619) 525-3990
        Facsimile:    (619) 525-3991
        E-mail:    jfink@ruflaw.com

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF), counsel shall immediately

- 1 -

apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: __Oct. 25__, 2007  
New York, New York

United States District Judge/Magistrate Judge