UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
PIRELLI ARMSTRONG TIRE               )   Case No. 1:07-cv-05862-RJH
CORPORATION RETIREE MEDICAL          )
BENEFITS TRUST, Derivatively on Behalf )   ECF
of MACY'S, INC.,                     )
                                     )
                Plaintiff,           )
                                     )
vs.                                  )
                                     )
TERRY J. LUNDGREN, KAREN M.          )
HOGUET, SARA LEVINSON, CRAIG E.      )
WEATHERUP, JOSEPH NEUBAUER,          )
JOSEPH A. PICHLER, JOYCE M. ROCHE,   )
MEYER FELDBERG, MARNA C.             )
WHITTINGTON, KARL M. VON DER         )
HEYDEN, WILLIAM P. STIRITZ, JOEL A.  )
BELSKY, DENNIS J. BRODERICK,         )
THOMAS G. CODY, THOMAS L. COLE,      )
JANET E. GROVE and SUSAN D.          )
KRONICK,                             )
                                     )
                Defendants,          )
                                     )
- and -                              )
                                     )
MACY'S, INC., a Delaware corporation, )
                                     )
                Nominal Defendant.   )
------------------------------------------------------------ x

**DECLARATION OF MICHAEL A. PLATT IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE SHAREHOLDER DERIVATIVE COMPLAINT**

    I, Michael A. Platt, declare the following under penalty of perjury under the laws of the United States:

    1.    I am an associate at the law firm of Jones Day, attorneys for defendants Terry J. Lundgren, Karen M. Hoguet, Sara Levinson, Craig E. Weatherup, Joseph Neubauer, Joseph A.

Pichler, Joyce M. Roche, Meyer Feldberg, Marna C. Whittington, Karl M. von der Heyden, William P. Stiritz, Joel A. Belsky, Dennis J. Broderick, Thomas G. Cody, Thomas L. Cole, Janet E. Grove, and Susan D. Kronick.  I submit this declaration to put before the Court true and correct copies of certain documents that are pertinent to Defendants' Motion To Dismiss The Shareholder Derivative Complaint.

2. Attached to this declaration, under the identified exhibit tabs, are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A | SEC Form 8-K filed June 13, 2007 by Macy's, Inc. |
| Exhibit B | Excerpts from SEC Form DEF 14A filed April 4, 2007 by Federated Department Stores, Inc. ("Federated") (now listed under the ticker symbol M). |
| Exhibit C | SEC Form 8-K filed August 9, 2006 by Federated. |
| Exhibit D | SEC Form 8-K filed November 2, 2006 by Federated. |
| Exhibit E | SEC Form 8-K filed February 8, 2007 by Federated. |
| Exhibit F | SEC Form 8-K filed February 27, 2007 by Federated. |
| Exhibit G | Press Release by Federated, dated March 8, 2007. |
| Exhibit H | Press Release by Federated, dated April 12, 2007. |
| Exhibit I | SEC Form 8-K filed May 10, 2007 by Federated. |
| Exhibit J | SEC Form 8-K filed May 16, 2007 by Federated. |

- 3 -

| | |
|---|---|
| Exhibit K | Excerpts from Second Restated Certificate of Incorporation of Macy's, Inc., dated December 19, 1994. |
| Exhibit L | Excerpts from SEC Form 8-K filed February 27, 2007 by Federated. |
| Exhibit M | Excerpts from Transcript of Fourth Quarter 2006 Earnings Conference Call of Federated, dated February 27, 2007. |

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 8, 2007
New York, New York

*s/ Michael A. Platt*
MICHAEL A. PLATT

## **CERTIFICATE OF SERVICE**

The foregoing document was served on counsel of record on November 8, 2007 by electronic mail through the Court's CM/ECF system and by Federal Express to the following:

Thomas G. Amon
Law Offices of Thomas G. Amon
500 Fifth Avenue, Suite 1650
New York, New York  10110
Telephone:  (212) 810-2431
Facsimile:  (212) 810-2427
Email:  tamon@amonlaw.com

Brian J. Robbins
Jeffrey P. Fink
Ashely R. Palmer
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, California  92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991
Email:  notice@ruflaw.com

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
Barrett, Johnston & Parsley, LLC
217 Second Avenue North
Nashville, Tennessee  37201
Telephone:  (615) 244-2202
Facsimile:  (615) 252-3798

Mitchell F. Borger
Michael E. Kreitman
Joann Nelson
Macy's, Inc
151 West 34th Street
13th Floor
New York, NY 10001

*s/ Arthur J. Margulies*