# Exhibit A



# Form 8-K

Macy's, Inc. - M

Filed: June 13, 2007 (period: June 13, 2007)

Report of unscheduled material events or corporate changes.

# Table of Contents

Item 5.02  Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain
SIGNATURE
Index to Exhibits

EX-99.1 (PRESS RELEASE)

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

Date of Report: June 13, 2007

# MACY'S, INC.

7 West Seventh Street, Cincinnati, Ohio 45202
(513) 579-7000

-and-

151 West 34th Street, New York, New York 10001
(212) 494-1602

| Delaware | 1-13536 | 13-3324058 |
|---|---|---|
| (State of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

Check the appropriate box below if the Form 8-K is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Item 5.02   Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.

On June 13, 2007, the Board of Directors of Macy's, Inc. (f/k/a Federated Department Stores, Inc.) ("Macy's") elected Stephen F. Bollenbach to serve as a member of Macy's Board of Directors. Mr. Bollenbach's term as a Director of Macy's will commence on June 13, 2007. The term for all Directors expires at the 2008 annual meeting of Macy's stockholders.

Item 9.01.   Financial Statements and Exhibits.
   (d)   Exhibits
       99.1   Press Release of Macy's dated June 13, 2007.

**MACY'S, INC.**
SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

MACY'S, INC.

Dated: June 13, 2007                    By:  /s/ Dennis J. Broderick
                                        Name:  Dennis J. Broderick
                                        Title:  Senior Vice President, General Counsel and Secretary


Index to Exhibits

Index Number

99.1            Press Release of Macy's dated June 13, 2007.

**Exhibit 99.1**

# MACY'S, INC.

**Contacts:**
Media - Jim Sluzewski
513/579-7764
Investor - Susan Robinson
513/579-7780

**FOR IMMEDIATE RELEASE**

### STEPHEN F. BOLLENBACH JOINS MACY'S, INC. BOARD OF DIRECTORS

CINCINNATI, Ohio, June 13, 2007 - Macy's, Inc. today announced that Stephen F. Bollenbach, co-chairman and chief executive officer of Hilton Hotels Corporation, has been elected to the company's board of directors.

"Stephen Bollenbach is one of our nation's most distinguished business leaders, and brings a depth of expertise in finance and operations for leading consumer-driven organizations," said Terry J. Lundgren, chairman, president and chief executive officer of Macy's, Inc. "He will be an invaluable resource as we continue to build and develop our company as a premier national retailer focused on the Macy's and Bloomingdale's brands."

Bollenbach, 64, was named co-chairman of Hilton in 2004, and has served as chief executive officer since joining the company in 1996. Prior to joining Hilton, Bollenbach was senior executive vice president and chief financial officer of The Walt Disney Company and, previously, president and chief executive officer of Host Marriott Corporation. Earlier in his career, Bollenbach served as chief financial officer of the Trump Organization and Holiday Corporation, as well as in senior capacities with the Ludwig Group.

A native of southern California who currently lives in Los Angeles, Bollenbach is a graduate of Long Beach City College, holds a bachelor's degree in finance from UCLA and a master's degree in management from California State University, Northridge. Aside from Hilton, Bollenbach serves as non-executive chairman of KB Home, as well as on the boards of directors of Time Warner, Inc. and Harrah's Entertainment Group.

Macy's, Inc., with corporate offices in Cincinnati and New York, is one of the nation's premier retailers, with fiscal 2006 sales of $27 billion. The company operates more than 850 department stores in 45 states, the District of Columbia, Guam and Puerto Rico under the names of Macy's and Bloomingdale's. The company also operates macys.com, bloomingdales.com and Bloomingdale's By Mail. Prior to June 1, 2007, Macy's, Inc. was known as Federated Department Stores, Inc.

(NOTE: Additional information on Macy's, Inc., including past news releases, is available at www.macysinc.com/pressroom)

_____
Created by 10KWizard     www.10KWizard.comSource: Macy's, Inc., 8-K, June 13, 2007