UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
PIRELLI ARMSTRONG TIRE           )   Case No. 1:07-cv-05862-RJH
CORPORATION RETIREE MEDICAL      )
BENEFITS TRUST, Derivatively on Behalf ) ECF
of MACY'S, INC.,                 )
                                 )
          Plaintiff,             )
                                 )
vs.                              )
                                 )   **NOMINAL DEFENDANT'S**
TERRY J. LUNDGREN, KAREN M.      )   **NOTICE OF MOTION TO DISMISS**
HOGUET, SARA LEVINSON, CRAIG E.  )
WEATHERUP, JOSEPH NEUBAUER,      )
JOSEPH A. PICHLER, JOYCE M. ROCHE, )
MEYER FELDBERG, MARNA C.         )
WHITTINGTON, KARL M. VON DER     )
HEYDEN, WILLIAM P. STIRITZ, JOEL A. )
BELSKY, DENNIS J. BRODERICK,     )
THOMAS G. CODY, THOMAS L. COLE,  )
JANET E. GROVE and SUSAN D.      )
KRONICK,                         )
                                 )
          Defendants,            )
                                 )
- and -                          )
                                 )
MACY'S, INC., a Delaware corporation, )
                                 )
          Nominal Defendant.     )
------------------------------------------------------------ x

      PLEASE TAKE NOTICE that Nominal Defendant Macy's, Inc., will move the Court before the Honorable Richard J. Holwell, United States District Court Judge for the Southern District of New York, in courtroom 17B, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, and at such time as the Court shall direct, for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1 dismissing the claims set forth in the Shareholder Derivative Complaint for failure to make a pre-suit demand, for the reasons set forth

in the Individual Defendants' Memorandum In Support of Defendants' Motion to Dismiss the Shareholder Derivative Complaint, dated November 8, 2007.

Dated: November 8, 2007

Respectfully submitted,

*s/ JoAnn Nelson*
JoAnn Nelson (JN-3187)
Macy's, Inc.
151 West 34th Street, 13th Floor
New York, New York 10001
Telephone: 212-494-7017
Email: joann.nelson@macys.com

*Attorney for Nominal Defendant Macy's, Inc.*

## CERTIFICATE OF SERVICE

The foregoing document was served on the following counsel of record on November 8, 2007 by electronic mail through the Court's CM/ECF system and by Federal Express:

Thomas G. Amon
Law Offices of Thomas G. Amon
500 Fifth Avenue, Suite 1650
New York, New York  10110
Telephone:  (212) 810-2431
Facsimile:  (212) 810-2427
Email:  tamon@amonlaw.com

Brian J. Robbins
Jeffrey P. Fink
Ashely R. Palmer
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, California  92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991
Email:  notice@ruflaw.com

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
Barrett, Johnston & Parsley, LLC
217 Second Avenue North
Nashville, Tennessee  37201
Telephone:  (615) 244-2202
Facsimile:  (615) 252-3798

John M. Newman, Jr.
Geoffrey J. Ritts
Michael A. Platt
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

*s/ JoAnn Nelson*