# Exhibit 3



# Form 4

Macy's, Inc. - M

Filed: March 16, 2007 (period: March 15, 2007)

Statement of changes in beneficial ownership of securities

# FORM 4

.. Check this box if no longer subject to Section 16, Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: January 31, 2008
Estimated average burden hours per response... 0.5

1. Name and Address of Reporting Person *
**WEATHERUP CRAIG**
(Last)   (First)   (Middle)
**C/OTHE PEPSI-COLA COMPANY, ONE PEPSI WAY**
(Street)
**SOMERS**   NY   10589
(City)   (State)   (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
**FEDERATED DEPARTMENT STORES INC /DE/ (FD)**

3. Date of Earliest Transaction (Month/Day/Year)
**03/15/2007**

4. If Amendment, Date Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
__X__ Director       _____ 10% Owner
_____ Officer (give   _____ Other (specify
          title below)              below)

6. Individual or Join/Group Filing (Check Applicable Line)
_X_ Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/15/2007 | | M | | 7,000 | A | $19.125 | 13,000 [1] | D | |
| Common Stock | 03/15/2007 | | S | | 2,000 | D | $44.3 | 11,000 | D | |
| Common Stock | 03/15/2007 | | S | | 300 | D | $44.33 | 10,700 | D | |
| Common Stock | 03/15/2007 | | S | | 1,700 | D | $44.32 | 9,000 | D | |
| Common Stock | 03/15/2007 | | S | | 2,000 | D | $44.38 | 7,000 | D | |
| Common Stock | 03/15/2007 | | S | | 1,000 | D | $44.39 | 6,000 | D | |

| Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month / Day / Year) | 3A. Deemed Execution Date, if any (Month / Day / Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month / Day / Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Options to Purchase Common Stock | $ 19.125 [2] | 03/15/2007 | | M | | | 7,000 [2] | [3] | 05/16/2007 | Common Stock | 7,000 [2] | $ 0 | 0 | D | |

**Explanation of Responses:**

1. On June 9, 2006, the common stock of the Issuer split 2-for-1, resulting in the reporting person's ownership of 3,000 additional shares of common stock.

2. This option grant was previously reported as covering a total of 3,500 shares at an exercise price of $38.25, but was adjusted to reflect the Issuer's stock split that occurred on June 9, 2006.

3. Options became exercisable as follows: 1,750 on May 16, 1998, 1,750 on May 16, 1999, 1,750 on May 16, 2000 and 1,750 on May 16, 2001.

| | |
|---|---|
| /s/Christopher M. Kelly, as attorney-in-fact for Craig E. Weatherup pursuant to a Power of Attorney | 03/16/2007 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

_____

Created by 10KWizard    www.10KWizard.comSource: Macy's, Inc., 4, March 16, 2007