**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively On Behalf of MACY'S, INC., )<br>)<br>)<br>)<br>) | Case No. 1:07-cv-05862-JRH |
| Plaintiff, )<br>) | **NOTICE OF CHANGE OF ADDRESS** |
| vs. )<br>) | |
| TERRY J. LUNDGREN, KAREN M. HOGUET, SARA LEVINSON, CRAIG E. WEATHERUP, JOSPEH NEUBAUER, JOSPEH A. PICHLER, JOYCE M. ROCHE, MEYER FELDBERG, MARNA C. WHITTINGTON, KARL M. VON DER HEYDEN and WILLIAM P. STIRITZ )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants, )<br>) | |
| -and- )<br>) | |
| MACY'S, INC., a Delaware corporation, )<br>)<br>) | |
| Nominal Defendant. )<br>)<br>) | |

PLEASE TAKE NOTICE that effective December 21, 2007 the Law Offices of Thomas G. Amon, counsel for Plaintiff Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust, has moved its offices to:

> Law Offices of Thomas G. Amon
> 250 West 57th Street
> Suite 1316
> New York, NY 10107

DATED: January 28, 2008
New York, New York

By: /s/ Thomas G. Amon
Thomas G. Amon (TGA-1515)

> LAW OFFICES OF THOMAS G. AMON
> 250 West 57th Street, Suite 1316
> New York, NY 10107
> Tel: (212) 810-2430
>
> *Attorneys for Plaintiff* Pirelli Armstrong Tire *Corporation Retiree Medical Benefits Trust*

Of Counsel: Harry H. Wise, Esq.