UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

PIRELLI ARMSTRONG TIRE CORPORATION
RETIREE MEDICAL BENEFITS TRUST,
derivatively on behalf of MACY'S INC.,

          Plaintiff,

-against-

TERRY J LUNDGREN, et al.,

          Defendants,

-and-

MACY'S INC.,

          Nominal Defendant.

------------------------------------x

07 Civ. 5862 (RJH)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

    Nominal Defendant Macy's Inc. has filed a document labeled "Notice of Motion to Dismiss," in which it moves for an order dismissing Plaintiff's complaint for the reasons set forth by Defendants in their November 8, 2007 brief in support of their motion to dismiss.

    The Court interprets Macy's Inc.'s "Notice of Motion to Dismiss" as a motion to join Defendants' motion to dismiss, which is granted. The clerk of the court is directed to mark Macy's Inc.'s motion **[36]** as resolved.

SO ORDERED.

Dated: New York, New York
       August 1, 2008

                                              Richard J. Holwell
                                           United States District Judge