UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PIRELLI ARMSTRONG TIRE CORPORATION : 07 Civ. 5862 (RJH)
RETIREE MEDICAL BENEFITS TRUST,
derivatively on behalf of MACY'S INC.,

                Plaintiff,

    -against-

                                      **ORDER**

TERRY J LUNDGREN, et al.,

              Defendants,

-and-

MACY'S INC.,

         Nominal Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/08

On September 30, 2008, the Court granted Plaintiff until November 1, 2008 to amend its Complaint to allege with particularity the reasons why pre-suit demand was not made. No amended Complaint having been filed, it is

    ORDERED that the Clerk of Court close this case.

Dated: New York, New York
       November **6**, 2008

                                                  Richard J. Holwell
                                             United States District Judge